1

2

3

4

5

6

7

8                           IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ANTOINETTE HEGGINS,                        1:12-cv-01537 SKO (HC)

12                                              ORDER TRANSFERRING CASE TO THE
                                                UNITED STATES DISTRICT COURT FOR
13                     Petitioner,              THE CENTRAL DISTRICT OF
                                                CALIFORNIA
14   vs.

15   DEBORAH K. JOHNSON,

16

17                     Respondent.

18   _____/

19

20         Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to 28

21   U.S.C. § 2254, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

22         The federal venue statute requires that a civil action, other than one based on diversity

23   jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants

24   reside in the same state, (2) a judicial district in which a substantial part of the events or omissions

25   giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is

26   situated, or  (3) a judicial district in which any defendant may be found, if there is no district in which

27   the action may otherwise be brought." 28 U.S.C.  §  1391(b).

28         In this case, the petitioner is challenging a conviction from Riverside County, which is in the

                                                  -1-

1  Central District of California.  Therefore, the petition should have been filed in the United States District

2  Court for the Central District of California.  In the interest of justice, a federal court may transfer a case

3  filed in the wrong district to the correct district.  <u>See</u> 28 U.S.C. § 1406(a); <u>Starnes v. McGuire</u>, 512 F.2d

4  918, 932 (D.C. Cir. 1974).

5          Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States

6  District Court for the Central District of California.

7  IT IS SO ORDERED.

8  **Dated:    September 24, 2012**              /s/ Sheila K. Oberto
                                                UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28